

# Xaphoon

| | |
|---|---|
| **Reg. No. 4,960,197** | WITTMAN, BRIAN LEE (HAWAII SOLE PROPRIETORSHIP), DBA MAUI XAPHOON |
| **Registered May 17, 2016** | P.O. BOX 791163<br>PAIA, HI 96779 |
| **Int. Cl.: 15** | FOR: MUSICAL INSTRUMENT ACCESSORIES, NAMELY, STANDS, CASES, CARRYING BAGS AND STORAGE BAGS; MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 1-1-1976; IN COMMERCE 1-1-1976. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | THE WORDING "XAPHOON" HAS NO MEANING IN A FOREIGN LANGUAGE. |
| | SER. NO. 86-774,300, FILED 9-30-2015. |
| | KATHERINE E. HALMEN, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office