# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Brian Whittman ) | |
| dba Maui Xaphoon ) | Case No. 1:18-cv-7763 |
| ) | |
| v. ) | Judge: Hon. Andrea R. Wood |
| ) | |
| THE PARTNERSHIPS and ) | Magistrate: Hon. Maria Valdez |
| UNINCORPORATED ASSOCIATIONS ) | |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |
| ) | |

## PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TEMPORARILY SEAL DOCUMENTS

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff, Maui Xaphoon ("Plaintiff") files this Motion for Leave to Temporarily Seal Documents ("Motion to Seal") requesting leave to file the following documents under seal: (1) Plaintiff's Complaint and Schedule "A" attached to the Complaint that includes a list of the infringing webstores; and (3) screenshot printouts from the infringing websites showing instances of trademark and copyright infringement (Exhibit 2 to the Declaration of David Gulbransen).

In this case, Plaintiff is requesting temporary ex parte relief based on an action for trademark counterfeiting and false designation of origin under the Lanham Act, copyright infringement under the Copyright Act, and deceptive trade practices under Illinois State law. Sealing these limited portions of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant

documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing websites. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will promptly move to unseal these documents.

Dated this 30th Day of November, 2018.　　　　　Respectfully submitted,

By:　  s/David Gulbransen/
　　　　David Gulbransen
　　　　Attorney of Record

　　　　David Gulbransen (#6296646)
　　　　Law Office of David Gulbransen
　　　　805 Lake Street, Suite 172
　　　　Oak Park, IL 60302
　　　　(312) 361-0825 p.
　　　　(312) 873-4377 f.
　　　　david@gulbransenlaw.com

　　　  s/Dustin Fisher/
　　　　Dustin S. Fisher
　　　　Co-counsel for Plaintiff
　　　　Dustin S. Fisher (#6296376)
　　　　Judge, James, Hoban & Fisher, LLC
　　　　422 North Northwest Highway, Suite 200
　　　　Park Ridge, IL 60068
　　　　(847) 292-1200
　　　　dfisher@judgeltd.com