## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Brian Whittman

                                    Plaintiff,

v.                                                   Case No.: 1:18−cv−07763

                                                                 Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Only counsel for Plaintiff appeared. Plaintiffs motion for leave to file under seal [9] and motion to file excess pages [11] are granted. The Clerk is directed to maintain the following documents under seal until further order of this Court: (1) Schedule A regarding Complaint (Dkt. No. [10]) and (2) Exhibit 2 to the Declaration of David Gulbransen (Dkt. No. [14]). Only Plaintiff's counsel and Court staff shall have access to these documents. Plaintiff's ex parte motion for a temporary restraining order, including a temporary injunction, an order to temporarily transfer of the Defendant domain names, a temporary asset restraint, and expedited discovery [12] is taken under advisement. Status hearing set for 12/20/2018 at 9:00 AM. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.