**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN WHITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18-cv-07763 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

  Motion and Status hearing held. Only counsel for Plaintiff appeared. Plaintiff's motion for preliminary injunction [23] is granted. Enter Preliminary Injunction Order. The Clerk of the Court is hereby directed to unseal Schedule A regarding Complaint [10], Exhibit 2 to the Declaration of David Gulbransen [14], and the Temporary Restraining Order [19]. Status hearing set for 4/3/2019 at 9:00 AM.

(0:08)

Dated: January 29, 2019

                                    _____
                                    Andrea R. Wood
                                    United States District Judge